Eric Edward Nord
CRIST, KROGH & NORD, PLLC
The Securities Building
2708 First Avenue North, Suite 300
Billings, MT 59101
Telephone: (406) 255-0400
Facsimile:   (406) 255-0697
Email: enord@cristlaw.com

*Counsel for AECOM Energy & Construction, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, | Case No._____ |
| Defendant/Crossclaim Plaintiff, | |
| vs. | |
| AECOM ENERGY & CONSTRUCTION, INC. | **NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT** |
| Crossclaim Defendant. | |

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION AND TO DEFENDANT/ CROSSCLAIM PLAINTIFF AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 the Defendant AECOM Energy & Construction, Inc. ("AECOM") hereby

1

removes the above-captioned action from the Montana Thirteenth Judicial District Court, Yellowstone County to the United States District Court for the District of Montana, Billings Division. This Court has jurisdiction over the action pursuant to 28 U.S.C. § 1332(a) (diversity of citizenship jurisdiction), and the removal is proper for the following reasons:

## BACKGROUND AND TIMELINESS

1.  On or about August 5, 2019, Plaintiff Diamond Refractory Services, LLC ("Diamond") filed a civil action in the Montana Thirteenth Judicial District, Yellowstone County entitled *Diamond Refractory Services, LLC v. AECOM Energy & Construction, Inc., Exxon Mobil Corporation, Dan Stetler, Thomas Bunting, Jonathan Parsons, and John/Jane Doe Defendants 1 through 5,* Case No. DV 19-1094. The Complaint asserted claims relating to a construction project. (A true and correct copy of the Complaint is attached hereto as **Exhibit A**.)

2.  On August 30, 2019, Exxon Mobil Corporation ("Exxon") appeared and filed a Crossclaim against AECOM. (A true and correct copy of the Crossclaim is attached hereto as **Exhibit B**.)

3.  On September 12, 2019, AECOM was served with the Complaint as well as the Crossclaim.

4.      On October 4, 2019, Diamond agreed to settle all of its claims against AECOM, Exxon Mobil, and the individual defendants as set forth in the Complaint.

5.      On October 8, 2019, Diamond filed a motion seeking to have its Complaint against the original Defendants dismissed with prejudice, leaving only the Crossclaim between Exxon and AECOM. (A true and correct copy of Diamond's Motion to Dismiss is attached hereto as **Exhibit C**.[1])

6.      This Notice of Removal is timely. The case became removable upon receipt by AECOM's of Diamond's Motion to Dismiss, from which it could be ascertained that the only remaining parties were ExxonMobil and AECOM and the case was then removable. See 28 U.S.C. § 1146(b)(3). This Notice was filed within 30 days after receipt by AECOM of that Motion.

## DIVERSITY JURISDICTION

### *Diversity of Citizenship*

7.      This action is removable pursuant to 28 U.S.C. § 1332(a)(1). As set forth below, this action is removable from state to federal court pursuant to 28 U.S.C. § 1441(a), because this action involves citizens of different states and the

---

[1] Upon entry of an order dismissing the complaint, AECOM will supplement this filing to include that order as an exhibit.

amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

8.     **EXXON is a Citizen of New Jersey and Texas.**  Both the Complaint and Crossclaim allege that Exxon is and was, at all times relevant to the Complaint, a New Jersey corporation with a principal place of business in Texas. (Ex. A, Complaint, ¶ 3; Ex. B, Crossclaim ¶ 7.)  For purposes of diversity jurisdiction, "[a] corporation is a citizen of the state under whose laws it is incorporated, and a citizen of the state of its principal place of business." Eaton v. Montana Silversmiths, 2019 WL 3605965*3 (D.Mont. 2019) (internal quotation marks omitted) citing 28 U.S.C. § 1332(c)(1); Davis v. HSBC Bank Nevada, N.A., 557 F.3d 1026, 1028 (9th Cir. 2009).

9.     **AECOM is a Citizen of Ohio and Colorado.**  AECOM is an Ohio corporation with a principal place of business in Colorado. (Ex. A, Complaint, ¶ 2; Ex. B, Crossclaim ¶ 8.) For purposes of diversity jurisdiction, "[a] corporation is a citizen of the state under whose laws it is incorporated, and a citizen of the state of its principal place of business." Eaton, *supra*, at *3 (citations and internal quotation marks omitted).

10.    Exxon and AECOM are citizens of different states; thus, diversity jurisdiction exists.

### *The Amount in Controversy*

11.   While AECOM denies any liability as to Exxon's claims, the amount in controversy requirement is satisfied because the amount in controversy exceeds the jurisdictional minimum of $75,000, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).  (Ex. B, Crossclaim ¶ 4.)

### VENUE

12.   Removal to this Court is proper pursuant to 28 U.S.C. §§ 1391 and 1441(a) because the State Court Action was filed in Montana Thirteenth Judicial District, Yellowstone County.

13.   Pursuant to Local Rules of Procedure, Rule 3.2, this action should be assigned to the Billings Division because Yellowstone County is the location where the events giving rise to the claims in this case occurred.

### NOTICE OF REMOVAL

14.   AECOM has sent a true and correct copy of this Notice of Removal, along with a Removal *Praecipe* requesting that the file be sent to the Clerk for the United States District Court of the District of Montana, Billings Division, to the Clerk of Court, Montana Thirteenth Judicial District Court, Yellowstone County, Montana for filing pursuant to 28 U.S.C. § 1446(d).

15. AECOM has served written notice on Exxon of the filing of this Notice of Removal, and copies of this Notice of Removal have been served on Exxon pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, AECOM prays that the above action now pending against it in the Thirteenth Judicial District, Yellowstone County, Montana be removed to this Court.

DATED this 9th day of October, 2019.

                                            CRIST, KROGH & NORD, PLLC

                                            By:  /s/ Eric Edward Nord
                                                   Eric Edward Nord

                                            *Attorneys for AECOM Energy & Construction, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2019, a copy of the foregoing document was served on the following by the following means:

| | |
|---|---|
| __1, 2__ | CM/ECF |
| _____ | Hand Delivery |
| __2__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | Email |

2.  A. Clifford Edwards
    Triel D. Culver
    A. Christopher Edwards
    John W. Edwards
    EDWARDS, FRICKLE & CULVER
    1648 Poly Drive, Suite 206
    Billings, MT 59102
    *Attorneys for Exxon Mobil Corporation*

>   CRIST, KROGH & NORD, PLLC
>
>   By: /s/ Eric Edward Nord
>        Eric Edward Nord
>   *Attorneys for AECOM Energy & Construction, Inc.*