IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Crossclaim Plaintiff,<br><br>vs.<br><br>AECOM ENERGY & CONSTRUCTION, INC.,<br><br>Crossclaim Defendant. | CV 19-107-BLG-SPW-TJC<br><br>**ORDER** |

Crossclaim Defendant moves for the admission *pro hac vice* of John R. Heisse to practice before this Court in the above-named matter with Eric Edward Nord to act as local counsel. (Doc. 4.) Opposing counsel has been contacted and does not object to this motion. (*Id.* at 2.) Mr. Heisse's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Crossclaim Defendant's motion to admit John R. Heisse *pro hac vice* is GRANTED on the condition that Mr. Heisse shall do his own work. This means that Mr. Heisse must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Heisse, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 16th day of October, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge