
FILED
NOV 01 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DIAMOND REFRACTORY SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AECOM ENERGY & CONSTRUCTION, INC., EXXON MOBIL CORPORATION, DAN STETLER, THOMAS BUNTING, JONATHAN PARSONS, and JOHN/JANE DOE DEFENDANTS 1 through 5,<br><br>Defendants. | CV 19-107-BLG-SPW-TJC<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff moves to dismiss its Complaint against all Defendants with prejudice on the grounds that Plaintiff has settled its claims and no longer intends on pursuing them. (Doc. 17). Plaintiff has contacted counsel for Exxon Mobil Corporation and counsel for AECOM Entergy and Construction; neither object. Therefore, for good cause appearing,

1

IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

DATED this 1st day of November, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge