IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DIAMOND REFRACTORY SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AECOM ENERGY & CONSTRUCTION, INC., EXXON MOBIL CORPORATION, DAN STETLER, THOMAS BUNTING, JONATHAN PARSONS, and JOHN/JANE DOE DEFENDANTS 1 through 5,<br><br>Defendants. | CV 19-107-BLG-SPW-TJC<br><br>AMENDED ORDER OF DISMISSAL WITH PREJUDICE |
| EXXON MOBIL CORPORATION,<br><br>Defendant/Crossclaim Plaintiff,<br><br>v.<br><br>AECOM ENERGY & CONSTRUCTION, INC.<br><br>Crossclaim Defendant. | |

Upon the Unopposed Motion of Plaintiff Diamond Refractory Services, LLC

1

to dismiss its Complaint against all Defendants (Doc. 17), pursuant to Rule 41(a)(2) F.R.Civ.P., and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED with prejudice**, each of the parties bearing their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Crossclaim of Defendant Exxon Mobil Corporation against Defendant AECOM Energy & Construction, Inc., however, will remain for independent adjudication.

DATED this 1st day of November, 2019.

SUSAN P. WATTERS
United States District Judge