IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff/Crossclaim Defendant,<br><br>vs.<br><br>AECOM ENERGY & CONSTRUCTION, INC.,<br><br>Defendant/Crossclaim Plaintiff. | CV 19-107-BLG-SPW-TJC<br><br>**ORDER** |

Defendant/Crossclaim Plaintiff AECOM Energy & Construction, Inc. ("AECI") has moved to allow its local counsel, Eric Edward Nord, to appear at out-of-state depositions via video. (Doc. 67.) Opposing counsel was contacted and does not oppose AECI's motion. Good cause appearing,

**IT IS HEREBY ORDERED** that AECI's motion to allow its local counsel, Eric Edward Nord, to appear at out-of-state depositions via video is **GRANTED** regardless of whether other counsel appear in person.

DATED this 16th day of November, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1