IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff/Crossclaim Defendant,<br><br>vs.<br><br>AECOM ENERGY & CONSTRUCTION, INC., and AECOM,<br><br>Defendants/Crossclaim Plaintiffs. | CV 19-107-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is the parties' Joint Status Report advising that additional time is still needed to further review documents regarding the parties' discovery dispute. (Doc. 156.) Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a Status Report outlining their meet and confer efforts and what issues, if any, remain to be resolved by **August 29, 2023**. A motion hearing will be reset, if necessary, following the submission of the parties' Status Report.

DATED this 27th day of July, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1