IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>   Plaintiff/Crossclaim Defendant,<br><br>vs.<br><br>AECOM ENERGY &<br>CONSTRUCTION, INC.<br><br>   Defendant/Crossclaim Plaintiff. | Case No. 1:19-cv-00107-BLG-SPW<br><br>**SPECIAL VERDICT FORM** |

We, the Jury, unanimously answer the questions on this Special Verdict Form as follows:

**EXXON'S CLAIMS AGAINST AECOM**

1. Did AECOM breach its contract with Exxon, which contract contains an implied covenant of good faith and fair dealing?

   Yes ✓     No _____

   **If you answered "Yes" to Question 1, then go to Question 2. If you answered "No" to Question 1, then go to Question 6.**

2

2. Did AECOM's breach of contract cause Exxon any damages?

Yes ✓          No _____

**If you answered "Yes" to Question 2 then answer Question 3. If you answered "No" to Question 2, then go to Question 6.**

3. Based upon the damages instructions that you have been given, what amount of direct (non-consequential) damages is Exxon entitled to receive as a result of AECOM's breach of contract?

$ 20,000,000.

4. Did AECOM's managerial and senior supervisory personnel act with gross negligence or willful misconduct in the manner in which they performed their work under the contract?

Yes _____          No ✓

**If you answered "Yes" to Question 4, then go to Question 5. If you answered "No" to Question 4, then go to Question 6.**

5. Based upon the damages instructions that you have been given, what amount of indirect (consequential) damages is Exxon entitled to receive as a result of AECOM's gross negligence or willful misconduct?

$ _____

3

## AECOM'S CLAIMS AGAINST EXXON

6.    Did Exxon breach its contract with AECOM, which contract contains an implied covenant of good faith and fair dealing?

Yes  ✓     No _____

**If you answered "Yes" to Question 6, then go to Question 7. If you answered "No" to Question 6, then go to Question 9.**

7.    Did Exxon's breach of contract cause AECOM any damages?

Yes  ✓     No _____

**If you answered "Yes" to Question 7, then go to Question 8. If you answered "No" to Question 7, then go to Question 9.**

8.    Based upon the damages instructions that you have been given, what amount of damages is AECOM entitled to receive as a result of Exxon's breach of contract?

$ 64,000,000.—

9.    Has AECOM proven that it is entitled to damages under its Account Stated theory?

Yes  ✓     No _____

**If you answered "Yes" to Question 9, then go to Question 10. If you answered "No" to Question 9, then go to Question 11.**

4

10. Based upon the damages instructions that you have been given, upon which of the following invoices, if any, is AECOM entitled to receive money under its Account Stated theory?

    1. Invoice No. 1655639   Yes \_\_\_\_   No ✓

    2. Invoice No. 1655640   Yes \_\_\_\_   No ✓

    3. Invoice No. 1655641   Yes \_\_\_\_   No ✓

    4. Invoice No. 1655642   Yes \_\_\_\_   No ✓

11. Has AECOM proven that it is entitled to damages under its Prompt Payment Act theory?

Yes ✓    No \_\_\_\_

**If you answered "Yes" to Question 11, then go to Question 12. If you answered "No" to Question 11, please sign the verdict form and contact the Bailiff.**

12. Based upon the damages instructions that you have been given, upon which of the following invoices is AECOM entitled to receive money under its Prompt Payment Act theory?

    1. Invoice No. 1655045   Yes ✓   No \_\_\_\_

    2. Invoice No. 1655768   Yes ✓   No \_\_\_\_

    3. Invoice No. 1655639   Yes ✓   No \_\_\_\_

    4. Invoice No. 1655640   Yes ✓   No \_\_\_\_

5.   Invoice No. 1655641     Yes  ✓     No ____

6.   Invoice No. 1655642     Yes  ✓     No ____

Foreperson signature redacted.  Original document filed under seal.

Jury Foreperson