UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>*Plaintiff/Crossclaim Defendant*,<br><br>vs.<br><br>AECOM ENERGY & CONSTRUCTION, INC.,<br><br>*Defendant/Crossclaim Plaintiff.* | Case No. CV-19-107-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

**Jury rendered a verdict on February 1st, 2025 and completed the special verdict form filed with the court (document entry 265).**

Dated this 4th day of February, 2025

TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
Deputy Clerk