IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff/Crossclaim Defendant,<br><br>v.<br><br>AECOM ENERGY & CONSTRUCTION, INC. and AECOM<br><br>Defendants/Crossclaim Plaintiffs. | CV 19-107-BLG-SPW<br><br>FINAL JUDGMENT |

After a fourteen-day trial beginning on January 13, 2025, the jury returned a verdict on February 1, 2025. (Doc. 265). Following the Clerk of Court's entry of the judgment on February 4, 2025, the Court granted AECOM's unopposed motion to allow the parties to file their proposed final judgments. (Doc. 276). The Court has now fully considered the parties' respective briefing and proposed judgments. Pursuant to Federal Rules of Civil Procedure 58 and 59, and Local Rule 58.1, the Court amends the Clerk's Judgment (Doc. 274) to reflect the following Final Judgment:

1. Judgment is entered in favor of Exxon and against AECOM on Exxon's breach of contract claim in the amount of $20,000,000.00 ($20 million).

2. Judgment is entered in favor of AECOM and against Exxon on Exxon's claim for gross negligence and willful misconduct.

3. Judgment is entered in favor of AECOM and against Exxon on AECOM"s breach of contract and account stated claim in the amount of $64,000,000.00 ($64 million).

4. Judgment is entered in favor of Exxon and against AECOM on AECOM's Prompt Payment Act claim.

5. Judgment is entered in favor of Exxon and against AECOM on AECOM's request for pre-judgment interest on the amount awarded.

6. Because the amended judgment amounts are reciprocal, the Court nets the amounts awarded so that a single amended final judgment may be entered in favor of AECOM and against Exxon in the amount of $44,000,000.00 ($44 million) in favor of AECOM.

7. Judgment is entered in favor of AECOM and against Exxon on AECOM's claim for the foreclosure of its construction lien in the amount of $44 million reflecting the total amount awarded to AECOM.

8. Judgment is entered in favor of Exxon and against AECOM on Exxon's claim for the release of the construction lien in the amount of $88,025,306.82, reflecting the difference between AECOM's $132,025,306.82 construction lien and the $44 million awarded to AECOM.

9. Judgement is entered in favor of AECOM for its request for attorney fees under Mont. Code. Ann. § 71-3-124(1). The amount of fees owed to AECOM will be determined by the Court when resolving AECOM's Motion for Attorney Fees (Doc. 298).

10. Judgment is entered in favor of AECOM for its request for post-judgment interest on its $44 million net award at a rate of 4.17% computed daily from February 4, 2025, until the date of payment.

DATED this 8th day of July, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE