IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff/Crossclaim Defendant,<br><br>vs.<br><br>AECOM ENERGY & CONSTRUCTION, INC. and AECOM,<br><br>Defendants/Crossclaim Plaintiffs. | CV 19-107-BLG-SPW<br><br>ORDER |

On July 24, 2025, Plaintiff and Crossclaim Defendant Exxon Mobil Corporation ("Exxon") filed a motion for leave to deposit the judgment amount with the Court in the amount of $44,854,564.50. (Doc. 316). On October 9, 2025, the Court granted Exxon's motion. (Doc. 341). Pursuant to Local Rule 67.1 and Standing Order DLC-28, the Court directed Exxon to pay the funds to the Clerk of Court and ordered that the funds be deposited into an interest-bearing account through the Court Registry Investment System ("CRIS"). (*Id.* at 4–5). The Court then directed that, upon further order of the Court, "CRIS shall return the principle amount of $44,854,564.50, together with all allocable interest, to the Court for distribution to the party entitled to the funds." (*Id.*).

1

Defendants and Crossclaim Plaintiffs AECOM Energy & Construction, Inc. and AECOM (collectively, "AECOM") have now filed an unopposed motion seeking disbursement of the $44,854,564.50 deposited by Exxon and currently held in CRIS, together with all accrued interest. (Doc. 362). Although the Court previously ordered that the principle amount was to be returned to the Court for distribution (Doc. 341 at 5), "the Clerk has advised AECOM that upon the Clerk's Office's receipt of this Court's order to disburse the funds to AECOM, and wire transfer instructions, the Finance Department will disburse the CRIS Deposit plus allocable interest *directly to AECOM*" (Doc. 362 at 8) (emphasis added).

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that:

(1)    AECOM's unopposed motion to disburse the $44,854,564.50 that Exxon deposited with the Court, together with all accrued interest (Doc. 362), is GRANTED.

(2)    The Clerk of Court, in coordination with the Administrative Office of the United States Courts, shall disburse to AECOM the $44,854,564.50 currently invested in the CRIS account, together with all accrued interest, less any necessary deductions from interest to satisfy fees and federal tax obligations. The disbursement shall occur forthwith, without any additional waiting period or undue delay.

2

(3)    AECOM shall submit directly to the Clerk of Court's Finance Department (a) an IRS Form W-9 for purposes of reporting interest earned, and (b) a Form AO-213P (Request for Payee Information and TIN Certification for Electronic Funds Transfer), available at https://www.uscourts.gov/forms-rules/forms/payee-information-and-tin-certification, which shall include AECOM's wire transfer information. AECOM shall communicate with the Clerk's Office Finance Department directly, as needed, to effectuate the disbursement. Upon receipt of the funds, AECOM shall file a notice with the Court confirming the disbursement.

DATED this _3rd_ day of June, 2026.

SUSAN P. WATTERS
United States District Judge

3